JS-6

MARC GORDON (DC Bar No. 430168)
marc.gordon@usdoj.gov
(202) 305-0291
(202) 353-7763 (fax)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611 – Ben Franklin Station
Washington, D.C. 20044-7611

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. EDCV 16-1131-GW(KKx) |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| 20.00 ACRES OF LAND, MORE ) | |
| OR LESS, SITUATE IN SAN ) | |
| BERNARDINO COUNTY, STATE ) | |
| OF CALIFORNIA; THE OLLIE ) | |
| SMITH LIVING TRUST; ) | |
| UNKNOWN OWNERS; ) | Trial: November 9, 2017 |
| STATE OF CALIFORNIA; AND ) | Time: 8:30 a.m. |
| SAN BERNARDINO COUNTY ) | |
| TAX COLLECTOR, et al., ) | |
| ) | The Honorable George H. Wu |
| Defendants. ) | |

Trial by narrative statement pursuant to Local Rule 43-1 commenced on November 9, 2017 at 8:30 a.m. Plaintiff, United States submitted its Trial Brief and the Declaration of Robert W. Colangelo, and appeared by Trial Attorney Marc

1

Gordon. No answer or appearance was made by any named defendant. Having reviewed the pleadings and papers filed herein, and argument of counsel having been heard, the Court made Findings of Fact and Conclusions of Law pursuant to Fed. R. Civ. P. 52.

Based on the foregoing, it is ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff, the United States of America, is vested with title as follows:

> fee simple title to the land, subject however, to existing easements for public roads and highways, public utilities, railroads and pipelines; excepting and excluding therefrom an undivided ½ interest in all oil and mineral and the rights appurtenant thereto which are outstanding in parties other than the surface owners;

> to the property legally described as follows ("Subject Property"):

> the West ½ of the Northwest ¼ of the Southeast ¼ of Section 5, Township 31 South, Range 46 East, Mount Diablo Meridian, County of San Bernardino, State of California, according to United States Government Township Plat.

> This Tract No. 366 is also known as Assessor's Parcel Number 0507-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, containing 20.00 acres, more or less.

2. The just compensation for the taking of the Subject Property is the sum of $11,000.00;

3. Prior to this action the Subject Property was owned by Ollie I. Smith as Trustee of the Ollie I. Smith Living Trust dated August 3, 1996, and/or by its successor.

4. Ollie I. Smith as Trustee of the Ollie I. Smith Living Trust dated August 3, 1996, and/or its successor in interest is entitled to the just compensation ($11,000), plus any interest accrued thereon while within the Registry of the Court, less any authorized fees or costs. The Clerk of the Court is ordered to retain the remaining deposited funds for five years following entry of judgment and provide that the trustees of the Ollie I. Smith Living Trust and/or its successor may submit claims to the Court, and upon full proof of the right thereto, obtain an order directing payment of the funds the Court has found them entitled to. Further, pursuant to 28 U.S.C. § 2042, the judgment will direct the Clerk to thereafter deposit those funds into the Treasury in the name and to the credit of the United States and provide that thereafter any claimant entitled to any such money may, on petition to the court and upon notice to the United States Attorney and full proof of the right thereto, obtain an order directing payment.

DATED: November 9, 2017

_____
GEORGE H. WU, U.S. DISTRICT JUDGE

3

16cv1131

Respectfully submitted,

_/s/_____
MARC GORDON (DC Bar No. 430168)
marc.gordon@usdoj.gov
(202) 305-0291
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611 – Ben Franklin Station
Washington, D.C. 20044-7611

Attorney for Plaintiff